UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

Brown T-Mobile Blackberry
MSN, IMEI information removed from
phone( peeled off).
SIM card: 89302720400005803965
Phone number: Unknown

SEARCH WARRANT

CASE NUMBER:  '08 MJ 1 9 0 5 KNH

TO: <u>Any Special Agent of the Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>FBI Special Agent Brett Kalina</u>, who has reason to believe that ☐ on the person or ☒ on the premises known as:

**See attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

**See attachment B**

which are the fruits, instrumentalities and evidence concerning a violation of Title ___21___ United States Code, Sections 841(a)(1) and 846.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before (not to exceed 10 days) ___6-30-08___
                                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

___6-20-08___                                                            at   <u>San Diego, California</u>
Date/Time issued

<u>Hon. Nita L. Stormes, U.S. Magistrate Judge</u>
Name and Title of Judicial Officer                                              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH OLIVER UNAVAILABLE |
|---|---|---|
| 06/20/2008 | 06/23/2008 | |

INVENTORY MADE IN THE PRESENCE OF: AMANDA J. CULVER

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) Confirmation of phone number;
2) Contact list - two contacts

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
[signature]

Subscribed, sworn to, and returned before me this date.

_____          6-30-08
U.S Judge or Magistrate                                    Date

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is described below:

Brown T-Mobile Blackberry
    MSN, IMEI information removed from phone( peeled off).
    SIM card: 89302720400005803965
    Phone number: Unknown

The telephone is currently being held by the Federal Bureau of Investigation in San Diego, CA.

## ATTACHMENT B

### ITEMS TO BE SEIZED

a. Electronic telephone books containing names and telephone numbers;

b. Electronic history of outgoing, incoming and missed calls, including telephone numbers and time, duration, and date of calls;

c. Digital appointment books;

d. Stored messages (both audio and text) to include inbox, outbox, new messages, and saved messages;

e. Stored pictures and animations;

f. Voice memos;

g. Schedules;

h. Notes;

g. Email addresses;

h. Settings of the cellular telephone including but not limited to the telephone number and subscriber history.